**Joseph & Norinsberg LLC**
Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, NY 10007

**Midtown Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

**Jon L. Norinsberg**
jon@employeejustice.com

November 14, 2024

Honorable Kathleen Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007



Re: <u>Saunders v. Hush NYC LLC (24-cv-5481)</u>

Dear Judge Failla,

      We represent the plaintiff in the above-referenced matter brought under the Americans with Disabilities Act. We write now to respectfully request a brief adjournment of the upcoming initial pretrial conference, currently scheduled for November 22, 2024. To date, we have received no communication from defense counsel, which has impeded our ability to jointly prepare for the conference. Additionally, our office is currently facing staffing challenges due to the sudden departure of one paralegal and the unavailability of another due to medical reasons. We therefore request this brief adjournment to allow time for coordination with defense counsel and to address our internal staffing issues.

      We thank the Court for its consideration of this request.

      Respectfully submitted,

      Jon L. Norinsberg, Esq.

Application GRANTED.

The initial pretrial conference currently scheduled for November 22, 2024, is hereby ADJOURNED to **December 11, 2024, at 12:00 p.m.**

Dated:   November 15, 2024          SO ORDERED.
         New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE